THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PEARSON, Appellant.

Submitted March 4, 2013; decided April 25, 2013

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion from the order of the Appellate Term (*see* CPLR 5602 [a]).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS RILEY, Appellant.

Decided April 25, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN ROSSI, Appellant.

Submitted March 25, 2013; decided April 25, 2013

Motion for assignment of counsel granted and Jillian S. Harrington, Esq., PO Box 6006, Monroe, New Jersey 08831 assigned as counsel to the appellant on the appeal herein.